| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | CHAN HEE CHU |
|   | Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00030-CDB |
| Plaintiff, | [Citation #E1754182, CA/3F] |
| v. | |
| KEIDRON M. WHITE, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00030-CDB [Citation #E1754182, CA/3F] against KEIDRON M. WHITE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 3, 2023                      Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                    United States Attorney

                                     By:    /s/ *Chan Hee Chu*
                                               CHAN HEE CHU
                                               Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case No. 5:23-po-00030-CDB [Citation #E1754182, CA/3F] against KEIDRON M. WHITE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 3, 2023**                              _____
                                                                                  UNITED STATES MAGISTRATE JUDGE